Hillsborough, }
June 6, 1922. }

CAROLINE F. CUNNINGHAM, *Ap't*, v. ELMER F. CUNNINGHAM, *Adm'r*.

PROBATE APPEAL. Transferred from the September term, 1921, of the superior court by *Branch*, J.

*Cobleigh & Cobleigh,* for the plaintiff.

*Harry P. Greeley,* for the defendant.

*Per Curiam.* As the $325 with which the appellant seeks to charge the appellee was paid to the administrator for the specific purpose of paying funeral bills and other expenses, the refusal of the court to charge the administrator with this sum as part of the damages distributable under P. S., c. 191, s. 13, presents no question of law, no exception being taken to the sufficiency of the evidence to sustain such finding.

                            *Exception overruled.*